UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LETICIA MONTOYA ZEPEDA,<br><br>Petitioner,<br><br>v.<br><br>DARYL ADAMS, Warden,<br><br>Respondent. | No. CV 16-07413-SJO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: November 2, 2017

*S. James Otero*

S. JAMES OTERO
United States District Judge