JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LETICIA MONTOYA ZEPEDA, Petitioner, v. DARYL ADAMS, Warden, Respondent. | No. CV 16-07413-SJO (DFM)<br><br>JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: November 2, 2017

S. JAMES OTERO
United States District Judge